IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        Case No. 3:02cr42(5)

TRAVIS McCALL,       JUDGE WALTER HERBERT RICE

    Defendant.

---

AMENDED ENTRY FINDING DEFENDANT IN VIOLATION OF PROBATION, BUT DECLINING TO REVOKE SAME; DEFENDANT REINSTATED TO SUPERVISED RELEASE, WITH ALL UNDISCHARGED CONDITIONS OF SUPERVISION AND SPECIAL CONDITIONS APPLICABLE; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On January 27, 2010, the Defendant, having previously been found in violation of his supervised release which began on August 20, 2007, appeared in open Court for final disposition.

Pursuant to the record made at that time, although the Defendant had been found in violation of his supervised release, the Court declined to revoke same; rather, the Court reinstated the Defendant to supervised release, subject to all undischarged conditions of that status, and the special condition that he continue

to work with DayMont Behavioral Health Care. The Defendant was to be released from the custody of the United States Marshals Service on January 28, 2010, at or after 8:30 a.m., and was to report directly to the Probation Department.

Following the above captioned, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 9, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:

Brent Tabacchi, Esq.
James P. Fleisher, Esq.
United States Marshal
United States Pretrial Services
United States Probation Department