IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 3:02cr042 (05)

TRAVIS MCCALL,    JUDGE WALTER HERBERT RICE

    Defendant.

---

ENTRY REFERRING DEFENDANT, UPON THE COURT'S OWN MOTION, TO DR. MASSIMO DEMARCHIS, PSY.D., FOR A MENTAL EVALUATION OF PRESENT COMPETENCY AND MENTAL STATUS, PURSUANT TO 18 U.S.C. §4241 AND 4244; DIRECTIVE TO MONTGOMERY COUNTY JAIL

---

This Court, upon its own Motion, refers the captioned Defendant to Dr. Massimo DeMarchis, Psy. D., for an evaluation under 18 U.S.C. §4241 and 4244, dealing with the issues of the Defendant's present competency and present mental health. Dr. DeMarchis is directed to furnish the undersigned with a copy of his evaluation, as soon as is practicable.

It is the request of this Court that the Montgomery County Jail personnel give Dr. DeMarchis access to the Defendant, in a suitable location within the

Montgomery County Jail, in order that he might conduct his evaluation.

April 5, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Jim Fleisher, Esq.
Melissa Stidham, USPO
Massimo DeMarchis, Psy. D., 2536 Roanoke Avenue, Dayton, OH 45419-1528
Montgomery County Jail, 330 W Second St. Dayton, OH 45422