IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

TRAVIS MCCALL,

        Defendant.

:
:
:
:
:
:

Case No. 3:02cr042 (05)

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT HAS BEEN RESTORED TO
REASON/COMPETENCY AND RESTORING DEFENDANT TO FULL
STATUS ON SUPERVISED RELEASE, WITH ONE YEAR OF
SUPERVISION TO SERVE FROM JUNE 10, 2013, SUBJECT TO CERTAIN
CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD;
TERMINATION ENTRY

---

Pursuant to the record made in open Court on June 10, 2013, this Court finds that the

Defendant has been restored to reason/competency and he is, therefore, reinstated to full

privileges of supervised release, with one year of supervision to follow from the aforesaid June

10, 2013. The condition of the one year period of supervised release is that he comply with all

undischarged conditions of supervision initially imposed and, further, based upon the record

made in open Court on June 17, 2013, during which this Court took testimony from Dr. Ralph

Newman, M.D., Staff Psychiatrist at Butner Federal Medical Center, that an additional condition

be imposed, to wit: that Defendant is to receive, on an intra-muscular basis, the appropriate

dosage of Risperdal Consta 25 milligrams every three weeks.

On June 10, 2013, the Defendant, having been restored to reason, this Court dismissed

any and all Petitions directing him to show cause why his supervised release, a status that began

August 20, 2007, should not be revoked, said now dismissed Petitions serving as the basis of this

Court's initial referral to the Federal Medical Center until the Defendant was restored to reason.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned supervised release violation is hereby terminated upon the docket records of the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

June 24, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Jim Fleisher, Esq.
John Menke, USPO